# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| CASE TITLE<br>C. Thomas vs<br>MTA<br>Five Star<br>EEOC-OFP<br>NYSDHR-OFF | DISTRICT 2nd Circuit<br>JUDGE Torres, Lehrberger | DOCKET NUMBER 22-2659<br>APPELLANT Caze D. Thomas |
| | COURT REPORTER | PRO SE APPELLANT Caze D. Thomas |

Check the applicable provision:
- [ ] I am ordering a transcript.
- [✓] I am not ordering a transcript.

Reason for not ordering a transcript:
- [ ] Copy is already available
- [ ] No transcribed proceedings
- [ ] Other (Specify in the space below):

PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (i.e., oral argument, order from the bench, etc.)

RECEIVED 2022 NOV -2 PM 2:45 US COURT OF APPEALS

METHOD OF PAYMENT     [ ] Funds     [ ] CJA Voucher (CJA 21)

INSTRUCTIONS TO COURT REPORTER:
- [ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- [ ] PREPARE TRANSCRIPT OF TRIAL
- [ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
- [✓] OTHER (Specify in the space below):
none

DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE | DATE |
|---|---|
| [signature] | 11/1/2022 |

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.
n/a

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| n/a | n/a | n/a |

| SIGNATURE OF COURT REPORTER | DATE |
|---|---|
| n/a | n/a |

Revised June, 2017

United States Court of Appeals for the Second Circuit

CAPTION:

Cace D. Thomas v.

MTA

Five Star Electric

**CERTIFICATE OF SERVICE**
Docket Number: 22-2659

I, Cace D. Thomas, hereby certify under penalty of perjury that on Jan 5th 2022 will (date), I served a copy of Notice of Arrearce, Scheduling Oral arguement notice, notice of Record, & documents, Form DP (list all documents)

by (select all applicable)*
- ✓ United States Mail
- ___ Federal Express
- ___ Overnight Mail
- ___ Facsimile
- ✓ E-mail
- ___ Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Five Star - Jessica Moller | Bond, S&K, PLLC Suite 20 1010 Franklin Ave | Garden City | NY | 11530 |
| Dept of Human Rights | NYSAG 28 Liberty St | NY | NY | 1005 |
| MTA | - Barnes 2 Broadway | NY | NY | 10004 |
| EEOC | | | | |

11/2/2022
Today's Date

[signature] Cace C.C.T.-368
Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

SAMPLE ONLY          Page 11          Rev. 10/11/2011