**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: November 21, 2022
Docket #: 22-2659cv
Short Title: Thomas v. Five Star Electric

DC Docket #: 18-cv-3691
DC Court: SDNY (NEW YORK CITY)
DC Judge: Torres
DC Judge: Lehrburger

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8563.