# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of December, two thousand twenty-two,

_____

Caze D. Thomas,

    Plaintiff - Appellant,

v.

Metropolitan Transportation Authority, New York State Department of Human Rights, Five Star Electric Corp.,

    Defendants - Appellees,

Department of Equal Employment Opportunity Commission,

    Defendant.

_____

**ORDER**
Docket No: 22-2659

APPELLANT Caze D. Thomas has filed a scheduling notification, pro se, pursuant to the Court's Local Rule 31.2, setting January 3, 2023 as the brief and joint appendix filing date.

The scheduling notification hereby is so ordered.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court