# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of January, two thousand twenty-three.

Before:  José A. Cabranes,
     *Circuit Judge.*

_____

Caze D. Thomas,

   Plaintiff - Appellant,

v.

Metropolitan Transportation Authority, New York State Department of Human Rights, Five Star Electric Corp.,

   Defendants - Appellees,

Department of Equal Employment Opportunity Commission,

   Defendant.

_____

**ORDER**

Docket No. 22-2659

Appellant moves for a 30-day extension of time, to February 2, 2023, to file his opening brief, and for "oral briefing."

IT IS HEREBY ORDERED that, to the extent that Appellant, proceeding *pro se*, requests a 30-day extension to file his opening brief, that request is GRANTED, absent objection. To the extent that Appellant is requesting "oral briefing," which the Court understands to mean oral argument, Appellant is directed to review this Court's Local Rule 34.1, which provides this Court's rules for requesting oral argument.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

