2 Broadway
New York, NY 10004
212 878-7000 Tel



**Metropolitan Transportation Authority**

State of New York

February 15, 2023

***VIA ECF***
Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

RE: *Cazé D. Thomas v Five Star Electric Co., et al.*, Case No. 22-2659

Dear Ms. Wolfe:

We are counsel to Defendant-Appellee Metropolitan Transportation Authority in the above-referenced appeal:

Pursuant to Local Rule 31.2(a)(1)(B) of the United States Court of Appeals for the Second Circuit, we respectfully request a deadline of May 4, 2023 for the filing of Defendant-Appellee MTA's responsive brief, which is 91 days from the date that Appellant's brief was filed with the Court.

Respectfully,

Jason Douglas Barnes (5283510)
Associate Counsel
jabarnes@mtahq.org
212-878-7215
212-878-7398 (fax)

*CC: All Parties, via ECF*

*The agencies of the MTA*

MTA New York City Transit         MTA Metro-North Railroad       MTA Construction & Development
MTA Long Island Rail Road         MTA Bridges and Tunnels        MTA Bus Company

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**Cazé D. Thomas**

**CERTIFICATE OF SERVICE***

Docket Number: **22-2659**

v.

Five Star Electric, et al.

I, **Robin Lowery**, hereby certify under penalty of perjury that
(print name)
on **February 15, 2023**, I served a copy of **Defendant-Appelle Metropolitan**
(date)
**Transportation Authority's Letter**

(list all documents)

by (select all applicable)**

___ Personal Delivery         **X** United States Mail         ___ Federal Express or other
                                                                Overnight Courier

___ Commercial Carrier        ___ E-Mail (on consent)

on the following parties:

| **Cazé Thomas** | 6545 Parsons Blvd. #1M | Fresh Meadows | **NY** | 11365 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**February 16, 2023**                    *Robin Lowery*
Today's Date                              Signature

Certificate of Service Form (Last Revised 12/2015)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Cazé D. Thomas

**CERTIFICATE OF SERVICE***

Docket Number: 22-2659

v.

Five Star Electric, et al.

I, __Jason Douglas Barnes__, hereby certify under penalty of perjury that
(print name)

on __February 15, 2023__, I served a copy of __Defendant-Appelle Metropolitan Transportation Authority's Letter__
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery  ___ United States Mail  ___ Federal Express or other Overnight Courier

___ Commercial Carrier  _X_ E-Mail (on consent)

on the following parties:

Five Star Electric Co. (via email to their attorney, Jessica Moller, at mollerj@bsk.com)

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

02/15/2023
Today's Date

Signature

Certificate of Service Form (Last Revised 12/2015)