# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of March, two thousand twenty-three.

_____

| | |
|---|---|
| Caze D. Thomas, | **ORDER** |
|     Plaintiff - Appellant, | Docket No. 22-2659 |
| v. | |
| Metropolitan Transportation Authority, New York State Department of Human Rights, Five Star Electric Corp., | |
|     Defendants – Appellees. | |

_____

    Appellant filed a notice of appeal in the above-referenced matter. On March 15, 2023, his principal brief was stricken from the docket due to his failure to file an appendix and his use of an incorrect caption. Upon consideration thereof,

    IT IS HEREBY ORDERED that Appellant must file a brief that complies with the relevant Local and Federal Rules of Appellate Procedure on or before April 5, 2023. The appeal will be dismissed effective April 5, 2023 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. *See* Local Rule 27.1(f)(1); *cf. RLI Insurance Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court