# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of June, two thousand twenty-three.

Before:     Maria Araújo Kahn,
              *Circuit Judge.*

_____

Caze D. Thomas,

    Plaintiff - Appellant,

v.

Metropolitan Transportation Authority, New York State Department of Human Rights, Five Star Electric Corp.,

    Defendants - Appellees,

Department of Equal Employment Opportunity Commission,

    Defendant.
_____

**ORDER**

Docket No. 22-2659

      Appellant moves to reinstate the appeal and for the Court to accept his brief and appendix.

      IT IS HEREBY ORDERED that the motion is GRANTED.

                                                          For the Court:

                                                          Catherine O'Hagan Wolfe,
                                                          Clerk of Court