# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of June, two thousand twenty-three,

_____

Caze D. Thomas,

    Plaintiff - Appellant,

v.

Metropolitan Transportation Authority, New York State Department of Human Rights, Five Star Electric Corp.,

    Defendants - Appellees,

Department of Equal Employment Opportunity Commission,

    Defendant.

_____

**ORDER**
Docket No: 22-2659

Counsel for APPELLEES has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting September 7, 2023 as the brief filing date.

It is HEREBY ORDERED that Appellees brief must be filed on or before September 7, 2023. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellees will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court