# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of November, two thousand twenty-three.

Before:  Michael H. Park,
  *Circuit Judge.*

_____

Caze D. Thomas,

    Plaintiff - Appellant,

v.

Metropolitan Transportation Authority, New York State Department of Human Rights, Five Star Electric Corp.,

    Defendants - Appellees,

Department of Equal Employment Opportunity Commission,

    Defendant.
_____

**ORDER**

Docket No. 22-2659

Appellee New York State Department of Human Rights moves to dismiss the appeal. Additionally, Appellant, pro se, moves for an extension of time to January 21, 2024, a Sunday, to file a reply brief.

IT IS HEREBY ORDERED that the motion to dismiss is REFERRED to the panel that will determine the merits of the appeal. Appellant is GRANTED an extension of time to January 22, 2024 to file the reply brief.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

