# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 22-2659

Caption [use short title]

Motion for: Submittal of Corrected motion Request for extension of time to File Petition of Rehearing/Reconsideration En Blanc

Set forth below precise, complete statement of relief sought:

Included is the Certificate of Service with Address and Email And The supporting document Reason of Request

Caze D. Thongs
Vs,
MTA
Five Star Electric,

MOVING PARTY: Caze Thongs Pro se    OPPOSING PARTY: _____

[x] Plaintiff    [ ] Defendant
[x] Appellant/Petitioner    [ ] Appellee/Respondent

MOVING ATTORNEY: N/A    OPPOSING ATTORNEY: _____
[name of attorney, with firm, address, phone number and e-mail]
N/A

Court- Judge/ Agency appealed from: A. Torres

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[ ] Yes [x] No (explain): Will by Email on 4/18/2024 or 4/19/2024

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [x] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [ ] No [x] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below? [x] Yes [ ] No
Has this relief been previously sought in this court? [x] Yes [x] No

Requested return date and explanation of emergency: Found Defective, but has been corrected

Is the oral argument on motion requested? [x] Yes [ ] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? [ ] Yes [x] No If yes, enter date: _____

Signature of Moving Attorney:
Cofred.t.CC1-368  Date: 4/18/24   Service: [x] Electronic [ ] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

 Page (1)

As requested by the clerk of the court to including an explanation as to why the appellant requested an extension of time when and require motions to the court, said reasons are as followed:

The day in which the plaintiff/appellant submitted his last motion was the date of deadline. The appellant had produce the documents in which he had written to submit to the second Circuit Court of appeal however when it came time to print those documents the printings function would not operate, and when the appellant tried to email those documents, the documents would not upload to the email attachment. So as the last resort the plaintiff/appellant had downloaded several document applications so that he could create the documents from his mobile device. The appellant then use the text to speech option on his mobile device, and then vocally read the text that were on the computer into the microphone of his mobile device where the voice to text feature allowed the text to be written on the document app that was installed on the mobile device. However when it came time to save the document as a PDF file or similar, the app just simply would not create a document file. So afterwards the plaintiff had copied the text to his clipboard and tried several other document apps, and every single one of them were defective. As the last resort the plaintiff/appellant had to copy the text to a canvas where he then took screenshots of the text. When pasting some of the text on the canvas all of the texts would not fully appear so for some screenshots the appellant had to take pictures directly from the app in which they were spoken into,. The plaintiff attempted to put all of the text onto one canvas so that they could be in order and appear as regular , but because of the he could not be coordinated that way. The text in which the appellant had screenshot were arguments that included reason for reconsideration/rehearing. After taking photos of the text, the plaintiff was then able to convert the images into a PDF file where he then sent to a FedEx email so that they could be printed from the FedEx printer. Because some of the documents were already in file form, the plaintiff was able to attach them to an email and send them to a FedEx email so that they could be printed from a FedEx printer. And because those documents were then within the plaintiffs/appellants email, the plaintiff/appellant was able to serve those documents via email to the defending parties as he has throughout this entire appellate case process. Ironically soon after the deadline of the submittal had passed all functions for the mobile app and the laptop had returned to normal. The frustrations of dealing with these technical errors were distracting and prevented me from being able to submit the documents as intended. The plaintiff / appellant ~~did not want the court to think that he was intentionally throwing stuff together without any~~ efforts.



# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

C. Thomas

v.

MTA

Five Star Electric

**CERTIFICATE OF SERVICE**

Docket Number: 22-2654

I, C. Thomas, hereby certify under penalty of perjury that on 4/18/22 (date), I intend to / I served a copy of Motion to Extend time to File motion for Petition of Rehearing/Reconsideration En Blanc

(list all documents)

by (select all applicable)**

___ Personal Delivery  ___ United States Mail  ___ Federal Express or other Overnight Courier

___ Commercial Carrier  ✓ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| MTA Jbarnes@mtahq.org | 2 Broadway | NY | NY | 10004 |
| Five Star Electric - mollex@bsk.com | 1010 Franklin | Garden City | NY | 11530 |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

4/18/2024
Today's Date

Signature

Certificate of Service Form (Last Revised 12/2015)

RECEIVED
24 APR 19 AM 10:36

Laze D'Thomas
65-48 Parsons Blvd
#1 M Domestic Republic
Fresh Meadows, NY 11365

TO: Court Clerk
2nd Circuit court of
Appeals



USM SDNY

RECEIVED
2024 APR 18 PM 10:05
U.S. DISTRICT COURT SDNY